UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x

|  | 21-CV-6296 (JMF) |
|--|--|
|  | 21-CV-6308 (JMF) |
|  | 21-CV-6310 (JMF) |
|  | 21-CV-6312 (JMF) |
|  | 21-CV-6314 (JMF) |
|  | 21-CV-6320 (JMF) |
|  | 21-CV-6322 (JMF) |
| IN RE: | 21-CV-6323 (JMF) |
|  | 21-CV-6325 (JMF) |
| IBM ARBITRATION AGREEMENT LITIGATION | 21-CV-6326 (JMF) |
|  | 21-CV-6331 (JMF) |
|  | 21-CV-6332 (JMF) |
|  | 21-CV-6340 (JMF) |
|  | 21-CV-6341 (JMF) |
|  | 21-CV-6351 (JMF) |
|  | 21-CV-6353 (JMF) |
|  | 21-CV-6355 (JMF) |
|  | 21-CV-6375 (JMF) |
|  | 21-CV-6377 (JMF) |
|  | 21-CV-6384 (JMF) |

ORDER

-------------------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

As discussed on the record during today's teleconference:

1. Plaintiffs' counsel shall promptly file a letter with a list of the IBM arbitration agreement cases pending before other Judges in this District.

2. By **August 19, 2021**, the parties shall confer and file a joint letter discussing their views on: (i) the best way for the Court to resolve the issues presented in these cases, including, if applicable, a briefing schedule; (ii) whether the Equal Employment Opportunity Commission should be invited to share its views on the present cases; and (iii) the appropriateness of consolidation or other means to coordinate the pending cases.

3. All conferences scheduled in the above-captioned cases are hereby CANCELED.

4. This Order shall apply to all other cases involving the same arbitration agreement filed against IBM in July 2021 that are subsequently assigned or reassigned to the undersigned.

2

The Clerk of Court is directed to docket this Order in all of the above-captioned cases.

SO ORDERED.

Dated: August 12, 2021
      New York, New York

_____
JESSE M. FURMAN
United States District Judge