UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                  :
IN RE:                                                            :          21-CV-6296 (JMF)
                                                                  :
IBM ARBITRATION AGREEMENT LITIGATION       :                ORDER
                                                                  :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        Pursuant to the Court's December 2, 2021 Order, Defendant IBM was required to file, within three days of that Order, a letter explaining the need to seal or redact Plaintiffs' reply memorandum of law in support of their motion for summary judgment and in opposition to Defendant IBM's motion to dismiss and supporting papers.  *See* ECF No. 63.  To date, Defendant IBM has not filed any such letter.  As a courtesy, Defendant IBM's deadline is hereby extended, *nunc pro tunc*, to **December 9, 2021**.  Further extensions will not be granted.

        SO ORDERED.

Dated: December 8, 2021
        New York, New York                             _____
                                                                        JESSE M. FURMAN
                                                                  United States District Judge