UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>IBM ARBITRATION AGREEMENT LITIGATION | Case No. 21-CV-6296 (JMF)<br><br>**ORDER** |

      WHEREAS, on November 24, 2021, District Judge Furman entered an order directing the parties to "confer and, if the parties agree, submit a joint letter and proposed order regarding how to address Plaintiffs' possible amended pleadings in the cases consolidated under *[In Re: IBM Arbitration Agreement Litigation]*";

      WHEREAS, the parties have conferred and agreed to the following procedure for addressing the possible amended pleadings in the cases consolidated under *In Re: IBM Arbitration Agreement Litigation*:

1. By **December 16, 2021**, Plaintiffs will provide to Defendant International Business Machines Corporation ("IBM") any proposed amended pleadings for review.

2. Within seven days of Plaintiffs providing the proposed amended pleadings to IBM (i.e., no later than **December 23, 2021**, unless otherwise ordered by the Court), (i) the parties will confer regarding whether IBM will oppose any motion to file such amended pleadings and/or will seek to dismiss any amended pleadings that are filed and (ii) submit to the Court their joint or separate proposals for the briefing of any such motions. Any proposed order(s) shall, in addition to being filed via ECF, be submitted, in Microsoft Word format, to Chambers at Furman_NYSDChambers@nysd.uscourts.gov.

SO ORDERED.

Dated: December 9, 2021
      New York, New York

                                                  JESSE M. FURMAN
                                                   United States District Judge