UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>IBM ARBITRATION AGREEMENT LITIGATION | Case No. 1:21-cv-06296-JMF<br><br>ECF Case<br><br>~~[PROPOSED]~~ ORDER |

WHEREAS, on December 9, 2021, District Judge Furman entered an order directing Plaintiffs to provide Defendant by December 16, 2021, any proposed amended pleadings for review;

WHEREAS, the December 9, 2021 order also directed the parties to "confer regarding whether IBM will oppose any motion to file [Plaintiffs' proposed] amended pleadings" and to "submit to the court their joint or separate proposals for the briefing of any such motions" for leave to amend;

WHEREAS, on December 16, 2021, Plaintiffs provided to Defendant for review the proposed amended complaint of Plaintiff William Abt;

WHEREAS, Defendant opposes the filing of the proposed amended complaint

WHEREAS, the parties have conferred and agreed to the following briefing schedule for Plaintiff Abt's anticipated Fed. R. Civ. P. 15 motion for leave to amend:

| Date | Deadline |
|---|---|
| January 14, 2022 | Service and filing of Plaintiff Abt's motion for leave to amend and supporting memorandum of law |
| January 28, 2022 | Service and filing of Defendant's memorandum of law in opposition to motion for leave to amend |
| February 4, 2022 | Service and filing of Plaintiff Abt's reply memorandum of law in support of motion for leave to amend |

SO ORDERED

Dated: January 3, 2022

New York, New York

_____
Hon. Jesse M. Furman
United States District Judge

Agreed:

| | |
|---|---|
| s/ Shannon Liss-Riordan | s/ Matthew W. Lampe |
| Shannon Liss-Riordan | Matthew W. Lampe |
| LICHTEN & LISS-RIORDAN, P.C. | JONES DAY |
| 729 Boylston Street, Suite 2000 | 250 Vesey Street |
| Boston, MA 02116 | New York, New York 10281 |
| (617) 994-5800 | Telephone: (212) 326-3939 |
| Email: sliss@llrlaw.com | Facsimile: (212) 755-7309 |
| | mwlampe@jonesday.com |
| *Attorney for Plaintiffs* | *Attorney for Defendant International Business Machines Corp.* |