**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE:<br><br>IBM ARBITRATION AGREEMENT LITIGATION | ) <br> ) 21-CV-6296 (JMF) <br> ) 21-CV-6297 (JMF) <br> ) 21-CV-6308 (JMF) <br> ) 21-CV-6310 (JMF) <br> ) 21-CV-6312 (JMF) <br> ) 21-CV-6314 (JMF) <br> ) 21-CV-6320 (JMF) <br> ) 21-CV-6322 (JMF) <br> ) 21-CV-6323 (JMF) <br> ) 21-CV-6325 (JMF) <br> ) 21-CV-6326 (JMF) <br> ) 21-CV-6331 (JMF) <br> ) 21-CV-6332 (JMF) <br> ) 21-CV-6337 (JMF) <br> ) 21-CV-6340 (JMF) <br> ) 21-CV-6341 (JMF) <br> ) 21-CV-6344 (JMF) <br> ) 21-CV-6349 (JMF) <br> ) 21-CV-6351 (JMF) <br> ) 21-CV-6353 (JMF) <br> ) 21-CV-6355 (JMF) <br> ) 21-CV-6375 (JMF) <br> ) 21-CV-6377 (JMF) <br> ) 21-CV-6380 (JMF) <br> ) 21-CV-6384 (JMF) <br> ) |

## **PLAINTIFFS' NOTICE OF APPEAL**

Plaintiffs in these consolidated matters hereby give notice that they appeal to the United States Court of Appeals for the Second Circuit from this Court's Opinion and Order declining to exercise jurisdiction to resolve certain Plaintiffs' claims, granting IBM's motion to dismiss certain Plaintiffs' claims, denying Plaintiffs' motion for summary judgment, and denying Plaintiffs' motion for leave to amend the complaint (Dkt. 90). Plaintiffs also appeal the Court's orders keeping under seal certain materials that were

submitted in support of Plaintiffs' motion for summary judgment (Dkt. 32, 36, 37, 42, 52, 63, 74, and 96). Finally, Plaintiffs appeal the judgment entered (Dkt. 91).

Dated: August 5, 2022

                                        Respectfully submitted,

                                        PLAINTIFFS,

                                        By their attorneys,

                                        /s/ Shannon Liss-Riordan
                                        Shannon Liss-Riordan (NY Bar No. 2971927)
                                        Zachary Rubin (NY Bar No. 5442025)
                                        LICHTEN & LISS-RIORDAN, P.C.
                                        729 Boylston Street, Suite 2000
                                        Boston, MA 02116
                                        (617) 994-5800
                                        Email: sliss@llrlaw.com, zrubin@llrlaw.com

## **CERTIFICATE OF SERVICE**

I, Shannon Liss-Riordan, hereby certify that a true and accurate copy of the foregoing document was served on all counsel of record by electronic filing on August 5, 2022.

                                        */s/ Shannon Liss-Riordan*
                                        Shannon Liss-Riordan